## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### SUMMONS IN A CIVIL CASE

WILLIAM LOGAN, TERRENCE J. HANCOCK, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH AND WELFARE FUND, and JOHN LISNER, TERRENCE J. HANCOCK, WILLIAM LOGAN, STEVE VOGRIN, THOMAS YONKER and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs,

v.

GARY TICHACEK, individually and d/b/a TICHACEK TRUCKING,

Defendant.

Docket Number:

A

07CV926
JUDGE FILIP
MAGISTRATE JUDGE ASHMAN

Designated Magistrate Judge:

TO: GARY TICHACEK, individually and d/b/a TICHACEK TRUCKING
112 E. Washington Street
Morocco, IN 47963

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

Michele Reynolds
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                                 FEB 1 6 2007
_____                             _____
Michael W. Dobbins, Clerk                           Date

(by) Deputy Clerk

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: Feb.26th,'07

NAME OF SERVER (PRINT): Philip P. Ducar

TITLE: Special Process Server

*Check one box below to indicate appropriate method of service-*

[XX] Served personally upon the defendant. Place where served: Personally handed the Summons and the Complaint to the defendant, Mr. Gary Tichacek. Service was effected at 112 E. Washington St., in Morocco, Indiana, at 4:10 p.m.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 26th, 2007
Date

*Philip P. Ducar*
Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477
Address of Server